The next case for argument is Cary Group Services v. Florida Power Food Products, case number 23-2092. Whenever you're ready, counsel. May it please the court, I'm Michael Rauchi for Appellant Cary. We are here today because the board erred in determining obviousness by relying on VORTA alone to meet the critical and unconventional heat treating limitation of Cary's claims, a theory of unpatentability clearly outside of the petition. We are also here because the board failed to provide a rationale to combine and failed to address an explicit teaching away. Cary had no... I'm sorry, but we get a lot of these IPR appeals and they deal with our having to come through the petition and see what was actually asserted, etc, etc. Is your argument about solely that the board relied on VORTA alone, or is it also that they relied on VORTA in a way the petition failed to rely on that piece of paperwork? Thank you, Judge. I would say it's both. When they relied on VORTA alone, and it was clear that they did when they said that VORTA's heating to 52 taught the heat treating limitation, they addressed that first, and it infected their actual analysis of petition ground one. And when you look at the petition, and when you look at the institution decision, it's clear that FFP, Florida Food Products, relied on Harrah's heating to 100 degrees C, followed by cooling to meet the heat treating limitation. That's how they read the claims that defined the playing field for the litigation. And then the court, in their very short review, which begins at page 18, they say upon review, and then the next page, they say, based on the foregoing, we find that VORTA would have taught the person of ordinary skill in the art to heat treated medium to around 50 degrees. Can you just help me understand one thing? I mean, I do think that there's some considerable uncertainties in what exactly the board did, but in the petition, and I'm looking at appendix page 89, the petition says VORTA teaches to add a starter culture for reducing nitrate to nitrate. VORTA also teaches partially sterilizing the vegetable with heat to reduce the microbial load relative to the naturally occurring microbial load. And then it immediately goes on to say what board does not expressly say is adding the starter culture after heating the vegetable. But VORTA, the petition does point to that sentence, I think it is, in VORTA that says if you heat it to, what is it, I think 52 degrees Celsius, you'll do two things, help along the conversion, the nitrate to nitrate conversion, and also, you know, reduce some of the microorganisms. So what's, this was in the petition? Correct. That was in the petition, and that is what VORTA expressly states. You correctly summarized that the heating by VORTA was primarily to stimulate and promote the reaction. But if you go a little bit higher, which is what VORTA did in this one example, you heat it to 52 degrees, he got a modest reduction in these unwanted organisms, but that was a byproduct of the main heating. But that does not mean that FFP relied on that 52 degrees C to meet the heat treating. They didn't read the claims that way. At appendix pages 88 to 91 that you were looking at, specifically page 90, FFP stated, quote, the combination merely adds the known step of heating the vegetable to predictably kill germs. And then the next sentence, quote, so after boiling the plant material as in HERA, a person of ordinary skill in the art would have found it obvious to let the plant material cool before adding the starter culture. End quote. There's no doubt that there's heating to HERA's temperature and then cooling back down to VORTA's temperature before adding the starter culture. That was the petition ground. That was what defined the playing field. That was Kerry's arguments and evidence in the litigation. That section, pages 88 to 91, cited to their witness, Dr. Baldwin, in paragraphs 120 to 124 of his declaration, which is appendix pages 674 to 676. And that also confirms this heating by boiling or otherwise steaming the material to kill the undesirable germs and then adding the starter culture after cooling the vegetable material down, he says, to 50 to 60 degrees C. There's no question that the petition and the board decision both articulate the idea of boiling the plant material, then letting it cool down, then adding the organism, right? And relying on VORTA and HERA for that kind of proposed combination. But as Judge Torano pointed out, at page 89, there seems to be a potential suggestion that maybe VORTA itself is good enough, along with the background understanding that you would want to just heat the vegetables or plant material for routine sanitization purposes. Then at A19, there is a part where the board, towards the bottom of A19, describes something that the FFP council was arguing an oral argument. And the board saying, well, it's not so clear that the petition made the very argument that FFP's council was raising an oral argument. And do you think what the FFP council was raising at oral argument is, in fact, the very thing that is expressed at A89? I think that at that point, Your Honor, based on the questions from the judges at the hearing, and this was the first time it was raised, it was not raised in the petition, it was not raised in FFP's reply, that they were trying to move the petition towards that. There's no doubt that VORTA says... Well, then let's be specific. Can you articulate the theory that FFP's council raised at oral argument that the board seemed to choose the sidestep and not reach? Because it concluded that it's not so clear that the petition actually contains that theory that the council was raising at oral argument. What is the articulation of that oral argument theory? To me, as was mentioned earlier, the FWD, the final written decision, and whatever theory that came up at the late measure during the oral hearing was unclear. It seems that there could be two different grounds, one with VORTA supplying the initial heat treating. There would still need to be some reason to modify VORTA to add the starter culture second, and that wasn't part of the record. Or they say, as in the final written decision, even if we were to interpret FFP's combination as requiring this heating, they then disagree with Kerry's argument, this one sentence that wipes out all of Kerry's teaching away. But I think that maybe what you're asking is why did they come to that conclusion that day during the hearing, or why that line of reasoning? And it was this statement by FFP that the claims do not require sterilization. They simply require heat treating to reduce a microbial load. And I think that's unfair, because we're all the way up to the hearing. And at this point, what is defined Kerry's argument, Kerry's discussions with its expert, its expert testimony, the depositions was heating to HERA. There's no question in my mind that that is what's in the petition. That's what the institution decision said. And in the reply, FFP confirmed at 410 to 411, they say the only point that Kerry disputes with any particularity in its response is whether VORTA teaches starting with a sterile medium. And then they state, this was part of the HERA reference the petition combines with VORTA. That's how they read the claims. There was no need for a claim construction argument. I'm not sure why the board brought it up at that time. Or another way to put it is, I think it was unfair to bring it up at that time, because the record had already been established. For example, Can you just get to the merits? You're running out of time. And why? What is the problem with the obviousness combination? Yeah, first, I just wanted to say, though, the, I apologize, I should go on. But in MNK versus Samsung, you know, this court noted that had MNK been given notice, that the board would switch its legal theory. We're well aware of the procedural notice concerns. Keep going. Um, we were just talking about it page 19 to 20, where the board analyzed the actual petition ground one as an alternative saying even if they then say we disagree with that. Yes, they, they cite to pages 34 to 36, 13 pages, it carries patent owner response at appendix 357 to 369. One stroke of the pen, all the arguments just removed. And there are seven different headings in that section. And the main one being the teaching away. And FFP does not have a serious argument against that. They cite to in in Raymond Tett, claiming that this heating to below 70 to 80 degrees. Forget about the case law. Why? Why is there a teaching away? Why does the why do should we read Lord as saying, Oh, understand, it would be a terrible thing to heat something to 100 degrees. So Vorta does not give a preference with regards to the heating, because at appendix 726, he says, in order not to excessively reduce the enzymatic and microbiological conversion processes necessary for the conversion of nitrate and the nitrite. That is Vorta's main process using the endogenous flora, the microbes and enzymes that are already present in the plant material, using warm temperatures. And he says, maybe the actual temperature you pick for the promoting 20 degrees, 52 degrees C, his example is a preference. But he's clear, it is very clear, there is no prefer preferable language about it, that the heating must not be excessive. And heating to hair is 100 degrees C is undisputed that that would be excessive and reduce all if not kill the enzymes and microbes present. Okay, can I do a little bit? I'm sorry, finish your thought. Sure. No, I was just going to say that we give more reasons to support the teaching away at pages 34 to 36 of the PLR. There's a, you're right. I mean, the board, I'm looking at page 20, to see what they relied on once they looked at the combination. And it's not so it's not exclusively on how much how high the temperature has to be. But they seem to spend much of the little time they spend on the cross examination of Dr. Milkowski. Correct. So they seem to say that what I would refer to as the timing issue of when you do it, which is not included, they say, they rely on him is saying, you would you would want to add the microorganisms after the heating, right? Well, if I were doing it, I would do that. So why isn't that sufficient to say that this was something obvious, one skilled in the art would have at least thought as an option of one of the things you could do? Yeah, I think it's troubling that the board even cited to this testimony. It, among other things, failed to recognize that Dr. Milkowski was an expert. He wasn't being asked whether this was from a perspective of a person of ordinary skill in the art at the time of the invention. There aren't any specific temperatures being discussed. And as the board understood, even when they cited this, we're talking about airtight temperatures, this hundred degrees C. And Carrie has admitted that no one would add the starter culture first, and then sterilize this added starter culture. And but the larger question is whether Vorta teaches away from the hundred degrees C in the first place. And Carrie's arguments are that it does. The second reason it's troubling is because it's inconsistent with the record as a whole, including that same deposition on redirect at appendix 4471. When directly asked, Dr. Milkowski gave his reading of Vorta. And he said you would add the starter culture to the raw vegetables, heat it up to 52 degrees C. He did not say the temperature issue and talk about or if you don't think it's another issue, which is the timing of the heating. Whether you apologize, I talked over you. The starter culture subsequent hours sterilization. Yeah. So as an initial point, the Carrie's entire record was that you wouldn't have sterilized Vorta's starting material in the first place. If you were to heat up to a hundred degrees, of course you would add the starter culture after that. But again, Dr. Milkowski, it's undisputed. When you look at his actual testimony, if you're going to run Vorta, you would add the starter culture first and use Vorta's promotion temperatures of 20 to 50 degrees, 52 degrees C in this example. You heat the whole up to that temperature to allow the conversion to run. And he said the same thing in both of his declarations. Exhibit pages 4599 and 7420. I feel like I'm not sure that answered your question. Okay. Well, your time is almost done. I'll accept something further. No, I would just say, again, I think that this is not a situation where the case law is merely a preference, right? It's a clear direction not to heat Vorta's starter, sorry, not starter culture, not to heat the plant material up to these high temperatures, which is more in line with the cases we cited, such as the Keymores v. Dikeen case in Ray Mutet that they say was simply a situation where one type of connection, electrical versus optical, would have been faster. Again, it's clear here that Vorta says don't heat above, and there's also evidence of record from Dr. Milkowski that is undisputed that whether you run Vorta's process versus Cary's process, Cary's process is different. You get a different product. Okay. Thank you. Let's hear from the other side in a moment. Thank you, Your Honor. May it please the Court, Brian Ferguson with Winston & Strong for Florida Food Products. There was really ultimately only one question at issue in this IPR. Would a PACITA have found it obvious to add the starter culture to the vegetable matter after heat treating the vegetables? And there was overwhelming evidence that the answer was yes, including the testimony of Cary's own expert, as Judd Prost pointed out. And so based on this substantial evidence, the Board correctly held the claims invalid, and his decision should be affirmed. I'm sorry, but is there something more than the expert testimony that the Board cited at Appendix 20 that leads you to that conclusion that one skilled in the art, the timing of this would not have been relevant to the problem? Right. It was not only the testimony of the experts, but our expert, Dr. Baldwin, in his declaration relied on the evidence of both Cary and Vordy as objective evidence to show that a person of ordinary skill in the art would have understood that if you were to take, as Cary's argument goes, if you were to take the vegetable material, add the starter culture to it, and then boil it, everyone knew that if you did that, you would destroy the starter culture and defeat the whole purpose of what you're trying to accomplish. So no one would have done that. A person of ordinary skill in the art, who is a person with example, a PhD in chemistry or food science, would have certainly known this. They would have known that if you heat too high, you're going to destroy the starter cultures, and that's explicitly disclosed in Vordy. So then what would you do? A person of ordinary skill in the art would understand you heat the vegetable matter first, let it cool down, and then add the starter culture. That's exactly what was in our petition. It's what the board relied on, and it's supported by substantial evidence in the form of at least the testimony of our expert as supported by both Hera and Vordy. I guess just taking that theory, the boiling, cooling, then adding organism approach, I think the other side does seem to have a point that the board does not actually walk through and address the patent owner's arguments for countering that proposed combination. Given that Vord itself was well aware of Hera and yet chose not to follow that approach in Hera, it chose a different approach, which was to have a more limited form of heating that didn't result in boiling. Therefore, perhaps the Vordy reference teaches away. Then on top of that, the patent owner had other arguments. So the concern I have with the state of this decision, not only is it unclear in certain ways, but it's also perhaps incomplete in the way it handled everyone's arguments. Could you respond to that? Certainly. First of all, if you look at the board's opinion, the board cited portions of the POR. They cited portions of Kerry's brief that now did the board summarize? Did they say Kerry makes this argument, petitioner makes this argument? Not so much, but they did cite to Kerry's briefs and they addressed the arguments that were being made when they said that, for example, they said that, sorry, I lost you there for a minute. They said that a person of ordinary skill in the art would not have been, neither of the modifications that were proposed would have been beyond the ordinary level of skill in the art, nor do we agree that they would have made Vordy's process unsuitable for intended purpose. That's at appendix 20. That's answering the teaching away argument, and it's answering the argument that a person of ordinary skill would not have known to make this simple modification to the prior art. It's not quite on the latter point. To say that something can be done and that it would be suitable is not to say why a person of skill in the art would be motivated to do it. We've said that a lot of times. Certainly. Well, they would have been motivated to do it here for the reason that our expert testified to, which was that if you didn't do that, then if you did not add the starter culture after allowing the vegetable material to cool from the sterilization step, you would destroy the starter culture. A person of ordinary skill in the art understood that, and they would have absolutely then been motivated to add the starter culture after allowing the vegetable to cool down. It wasn't just a could be. I mean, that's a clear point that a person of ordinary skill in the art would have understood based on... But why would you change Vord to boil the plant material in the first place anyway? Well, because Vordy discusses in the background section that Hera was a process used for bio-organically treating meat. And that was the whole point of this, is that you didn't want to use a chemical process. You wanted to use a bio-organic method of doing this. This is what as the starting material. But why would a skilled artisan again, why would they choose in the first instance to alter Vordy by boiling the plant material instead of keeping it somewhere in the 50 to 60 degree range? Well, the board said, Your Honor, the board said a person of ordinary skill wouldn't have understood. You could have done both. You could have, but why would you have done that? What is the rationale? So for the second part, the part where you would boil, you would do this because if you did not, you would destroy the starter culture and you would have an inoperable product. No, but I'm asking a separate question. Why even in the first instance, would you think and want to boil the plant material in the first up to a hundred degrees Celsius? Oh, because that was standard practice at the time. If you're going to use vegetable material in any process, you're going to want to make sure it's cleaned and sterilized beforehand because you did not want to have. But the problem is HERA discloses that it does its boiling, not for sterilization or sanitization purposes, but in order to extract the juices from the vegetables. I don't recall HERA saying anything about sterilization and sanitization. So it was a little hard for me to follow along with the rationale of why looking at HERA, I would want to, or a skilled artisan would want to boil the Vorde plant material first before adding an organism because HERA somehow tells me it's really good and important to sterilize the plant material all the way through before we even get to the organism. It would be in the appendix, HERA at 3509, column one, lines 59 through 64, teaches that it is preferred to sterilize the material to prevent its decomposition by enzymes present or formed during storage. Exposure to a temperature of about 90 degrees Celsius and preferably for about 30 minutes is effective. So that is HERA providing objective evidence that you would sterilize the material or want to sterilize the material before you used it to start this entire process. And then there's testimony from our expert, this is at appendix 664 to 665, that discusses how it's important, if you're using vegetable material, that you would want to remove any potentially harmful microbes by some form of heat treating or sterilization. But of course, if you're going to do that, and you're going to use the starter culture approach, which is what Vorde teaches, a person of our skill would know you would not add the starter culture before when you were doing that initial heat treatment step. You would only do it after the material has been cooled down. And at that point, you could then add the starter culture and the process would proceed. And where does the board say that? The board says that at appendix 19 through 20, particularly down at the bottom of page 19, even if we were to interpret FFP's combination of Vorde with HERA to require heating to 100 Celsius, we disagree that this modification would have been inconsistent with Vorde or destroy its intended purpose, as Kerry argues, and it cites the patent owner response. And then it provides, and then the board provided on the rest of page 20, the countervailing evidence and the countervailing arguments, which included the testimony of Dr. Mikowski, their expert, who stated unequivocally that if he were going to do this, he would only add the starter culture after the vegetable material had been sufficiently cooled down. And then the final paragraph on page 20 is the board providing its analysis under both proposed obviousness steps. The first would be following Vorde and using HERA as a background that you could heat the vegetable material. Now, you don't have to heat it all the way to boiling because the claim doesn't require starting with a sterile medium. It only requires that you heat treat, that's not equivalent to boiling, that you heat treat to reduce the microbial load of the vegetables. And Vorde explicitly says that. If you heat treat up into the 50 degree Celsius range, you will reduce microbial load. And we argued that in our reply brief. When patent owner came back and said, well, no, you have to start with a sterile medium, we argued to the contrary, that that's not what the claims require. And that was in our reply brief. And just for the record, this was at appendix 410 to 411. The challenge claims do not require starting with a sterile medium. They only require heating the medium to a point that reduces the pre-existing microbial load. So that's the first rationale that the board relied on. And then the second rationale was that even if we follow the process of HERA, where you would actually heat and boil to a boiling point, well, if you're going to do that, then person wearing a skill in the art would have understood that you would not add the starter culture at that point. You would heat to sterilize and only then add the starter culture after the material has cooled down. So there was substantial evidence in the record to support this. Cary disagrees with the art with the evidence and relies on the testimony of its expert. But the board was entitled to rely on the evidence that we submitted, including the testimony of our expert. And that testimony was supported by both Vorti and O'Hara and HERA. If there are no longer any questions about that, I just want to briefly turn to the procedural arguments that Cary makes. The board did not apply a Vorti-only ground in invalidating these claims, contrary to Cary's argument. The board's analysis was directed to whether the claims, quote, would have been obvious over the combined disclosures of Vorti and HERA. That's Appendix 15. And at no point did the board remove HERA from this analysis. In discussing the analysis, the board applied the teachings of HERA throughout. That's at Appendix 19 through 20. And as this court has held in the core photonics case, 84F4, 990, the board is certainly within its discretion to resolve the party's dispute that developed during the trial. And this was the argument that Cary made in his patent owner response and that we addressed in our reply brief, and that Cary then had an opportunity to address in its surreply brief. So Cary had an opportunity to address the arguments in its own surreply, and Cary, so therefore, Cary had notice and an opportunity to respond to them, which is— What is your—I know one theory, at least one theory of your 103 is boil the plant material in Vorti, let it cool down, then add the organism. That's clear from your petition, and it's also clear from the board decision at A19-20. Is there a separate theory in your view, or should we be focused strictly on boil, cool down, add organism? Well, you can affirm just based on boil— My question is very clear. Is there or is there not a second conception of your 103 with Vorti plus Hera? Yes, as the board found. Well, it's unclear to me because the board said it was unclear to it about what you were trying to raise during the oral argument down below at the board. So first of all, can you just explain what is your second theory that you believe is also contained in your petition? Yes, it's that a person of learning skill would have understood that you did not necessarily have to boil the vegetable material when you're starting. You can instead heat it as long as you heat it to a temperature that allows for a reduced microbial load, and that was taught in Vorti that you could heat up to 50 degrees Celsius or so. Okay. So the theory is then, as I understand it, is you do exactly what Vorti does, but the heating that's done in Vorti is just done to the plant material alone, not the plant material organism combination. And then after you've heated the plant material to that limited temperature of, say, 50 to 60 degrees, then you add the organism. Is that the theory?  And then what does Hera have anything to do with that theory? Hera is relied on for teaching that it is preferred to sterilize the vegetable material to reduce microbial load. So in that case, it could be boiling or it can be just heating. And there are examples in Hera that do not explicitly call for the vegetable materials to be boiled. So I guess what I'm wondering is, running back to your petition, where did your petition talk about Hera in that particular manner to give everyone notice that, oh, we're not talking necessarily about boiling to sterilize as the rationale for this 103 and then cooling down. Instead, it's just doing precisely the heating step of Vorti, but switching up the timing of that heating act versus the addition of the organism. Well, it's at Appendix 88 through 90. And in particular, there are portions in there where we say that Hera, and this is at the bottom of page 80, Appendix 89, Hera, which Vorti sought to improve upon, evidenced the routine heating of vegetables before use. We didn't say boiling there, just heating. And then we say in each of Hera's examples, the plants are prepared using a process that includes boiling or heating. So we did distinguish between the two. Now, what was it that the board was getting at towards the bottom of A19 when it said that FFP's counsel during oral argument was trying to articulate a theory that, in the board's view, is not so clearly contained in the petition? Is that a separate third theory, or was that this very theory? This theory, Your Honor. OK. So do you believe that the board actually passed judgment on this theory when it seemed to proclaim that this theory, it's less than clear that this theory is, in fact, in the petition? I think they did. I think the board made that statement about what took place during oral argument. But I think the board then went on because it said, first of all, at the bottom of page 19 of appendix, even if we were to interpret the combination of Vorti with Hera to require heating to 100 degrees, and then down at the bottom of appendix 20, they said, we conclude that a person of ordinary skill in the art would have combined Vorti and Hera's disclosures in the manner FFP suggests. And then two things, at the very least, and this is the heating only or the heating step as opposed to boiling. At the very least, the skilled artists and would look to Hera as evidence that pretreatment using heat could be beneficial to reduce microbial load. In addition, Hera could have been relied upon for its disclosure of full sterilization by boiling. So the board found either of those proposed arguments or combinations to be persuasive and to hold that the claims would have been invalid under either of those approaches. I see I'm well into my past my time, unless there are any other questions. Hearing none. Thank you. The other side for rebuttal. Thank you. Yes, counsel essentially conceded during that discussion that there was a quote sterilization step in their ground or that Hera was relied on for that sterilization and the timing. Counsel also cited to Hera's heating to 90 degrees C. But this was Hera's second heating. It's heating for storage. And that was something that we argued that both Vorta and Hera disclosed that if you were concerned at all about sanitization, which is what FFP's expert said, you would sterilize at the end. At that point, you're consistent with both documents. And you don't need to modify Vorta in the first place. And again, I think it was Judge Chen that said it's not simply enough that one could have done this sterilization. There needs to be some motivation or rationale to make that modification. And there simply isn't one here. He also said that it's so common and routine to sterilize the medium beforehand. But here we are with the primary reference Vorta that didn't do it. He didn't disclose it. He didn't do it in his example. He cited to Hera seven times. He talked about Hera's chopping steps, his comminuting. He says you could centrifuge the vegetable. But he never mentioned that you could heat the vegetable up to these temperatures. Instead, his only discussion was that you could heat it a little bit to promote. And he made clear that you were not to go above a temperature that would excessively reduce the enzymes and microbes necessary for the reaction. The second point would be also, and this was undisputed, that the single sentence in Vorta about a starter culture was that it was something additional. It was a supplement. And again, that goes with Dr. Milkowski's interpretation on redirect in both of his You would add it with the plant material, heat the whole up to about 52 degrees or whatever temperature that was OK, and allow that reaction to run its course. And if you're going to rely on Hera for timing, there's simply no reason. Again, it was just said that Hera's initial heating was for making juice. There's no discussion of that heating as for reducing microbial load. And also, he's not making or doing any conversion. Hera's not in his heating or in his reaction at all. He's simply making juice and then putting that juice on the meat so that any conversion of nitrate to nitrate would happen with the meat's own chemicals on the meat. So there's no rationale looking at Hera only for timing because Hera has nothing to do with this conversion. He was simply making juice. And again, can I just double check something? Yes, just try. Did you say that Vorda speaks about sterilizing once the conversion is done before you put it on the meat? That's correct. Vorda says otherwise, otherwise generally favors in your view, actually, dispositively favors using all the microorganisms for the conversion without killing them. So so Vorda takes, again, the natural or any added starter culture and uses that to convert the nitrate to nitrate. And once he has enough nitrite, he puts it on the meat. But while it's a different process in Hera and Vorda, both references say that if you aren't going to use the product right away, you can sterilize it for storage. So this is end product sterilization. When all the steps are done for making the agent, if you will, or whatever composition that you would put on the meat, if you're not going to use it right away, you can sterilize it. And again, Kerry said there's no another reason not to modify Vorda in a way against Vorda itself is you could sterilize the end product if you're worried about routine sanitization at all. And on this record, that would be sufficient. Just the last quick question, the column one reference in Hera that your opposing council referenced as talking about sterilization, do you think that's just like in Vorda, kind of a final sterilization step rather than discussing the need to sterilize during the preparation step? Because obviously there's places, other places in Hera, whether it's column five or column three that talk about. Sure. Heating this up to 100 degrees Celsius and boiling it. Yeah. The column one heating, I believe it says something like 90 degrees C for, I think maybe it says 30 minutes should be sufficient, 10 minutes. It says unless the water soluble ingredients are to be used immediately after the preparation is preferred to sterilize to prevent its decomposition during storage. That's the heating he brought up. It's an end product sterilization and I don't remember which example it is in Hera, but he has an example where he shows after he's made the juice, he adds some excipients and he says, I'm going to go ahead and heat this for storage. So it's an end product. When everything's done, he says you could sterilize it. That has nothing to do with Vorda's first heating, which is to promote. And again, Vorda itself has a second disclosure that if you're not going to use the product right away, if you're going to store it, you can sterilize it. Anything further? Colleagues not hearing anything. Thank you. We thank both sides. The case is submitted. Thank you, Your Honor.